UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-34-1BO(1)

FILED IN OPEN COURT
ON 2-23-2011
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

IN RE: :
:
SEVENTY-FOUR COUNT : ORDER TO SEAL INDICTMENT
INDICTMENT OF FEBRUARY 23, 2011 :

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on February 23, 2011, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing an arrest warrant for the defendant and to **provide copies of the Indictment to the United States Attorney in a sealed envelope.**

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney or upon the expiration of thirty (30) days, whichever event occurs first.

This the 23rd day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

2