UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-34-1BO(1)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | **O R D E R** |
| ) | |
| JAMES WALTER GODDARD ) | |
| a/k/a Walter James Karbley Jr. ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 18 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office, other representatives of the government and counsel for the defendant.

This the _15_ day of March, 2011.

Terrence W Boyle
United States District Court Judge