UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CR-034-BO


UNITED STATES OF AMERICA      :
                              :
        vs.                   :        **ORDER**
                              :
JAMES WALTER GODDARD          :
Defendant.                    :


Upon motion by the Defendant, consented to by the government, and for good

cause shown, it is hereby ORDERED that Docket Entry 51 be sealed.


This the ___ day of ___, 2011.

_____
UNITED STATES DISTRICT JUDGE