**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**NO.: 7:11-CR-34-BO-1**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **JAMES WALTER GODDARD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter coming on being heard through the undersigned U.S. District Court Judge upon motion of the Defendant to seal filed on August 20, 2012 is made for good cause;

IT IS HERBY ORDERED, ADJUDGED AND DECREED that the Court shall seal Defendant's motion filed on August 20, 2012.

This __22__ day of August, 2012.

_Terrence Boyle_
**THE HONORABLE TERRENCE W. BOYLE**
**United States District Court Judge**