IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CR-34-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES WALTER GODDARD | ) |
| a/k/a Walter James Karbley, Jr. | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on October 4, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 982, after a hearing by the Court in conjunction with the sentencing, based on the evidence presented by the government therein, the following property was forfeited to the United States, to wit: $1,112,132.66 in gross proceeds.

AND WHEREAS, it appearing that the forfeited sum was not available to the Government, the following assets were substituted, in part, for that forfeited amount, and forfeited to the Government, to wit:

**Real Property**

Real property having the physical address of Lots 18 and 19 of Sandy Hills subdivision, Leland, North Carolina 28451, including any and all appurtenances and improvements thereto, in the name of James W. Goddard, said property legally described in

1

a Warranty Deed recorded in Book 2451 Page 1221 of the Brunswick County, North Carolina Register of Deeds, North Carolina, and

**Currency**

a) $43.29 seized from SunTrust Bank Account Number: 532214247;

b) $287.05 seized from SunTrust Bank Account Number: 1000035019909;

c) $231.40 seized from SunTrust Bank Account Number: 10000036163250;

d) $35,364.78 seized from SunTrust Bank Account Number: 10000036163573;

e) $192,749.12 seized from Charles Schwab ACCT: 1208-3337(Goddard);

f) $23,557.68 seized from Charles Schwab 529 Aggressive Account: 009990367; and

g) $1,534.05 seized from Charles Schwab 529 Aggressive Account: 009990367(Goddard);

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between March 20, 2013 and April 18, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day

2

of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the potential petitioners as to the subject properties in this criminal forfeiture action are listed as follows: Patricia Garcia Goddard, the Brunswick County Tax Administrator, and the North Carolina Department of Revenue;

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on Patricia Garcia Goddard, via certified mail on April 1, 2013 by an agent of the U. S. Postal Service;

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on the Brunswick County Tax Administrator, via certified mail on March 21, 2013 by an agent of the U. S. Postal Service;

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on the North Carolina Department of Revenue, via certified mail on March 25, 2013 by an agent of the U. S. Postal Service;

AND WHEREAS, service upon the subject real property was executed by posting of the Preliminary Order of Forfeiture on the property by an agent of the United States Department of Treasury on March 26, 2013;

AND WHEREAS, service upon the subject currency was served while in the custody of the United States Department of Treasury on March 20, 2013;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's October 4, 2012 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject property listed in the October 4, 2012 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Treasury is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Treasury as soon as located or recovered into the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 7 day of June, 2013.

                                        *Terrence Boyle*
                                  TERRENCE W. BOYLE
                                  UNITED STATES DISTRICT JUDGE

4

Case 7:11-cr-00034-BO   Document 95   Filed 06/07/13   Page 4 of 4