| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES WALTER GODDARD, )<br>)<br>Defendant. ) | ORDER TO COMPEL DISCOVERY |

UPON MOTION by the United States for an Order requiring the defendant to produce documents, pursuant to a Subpoena served on the defendant by certified mail, requiring defendant to produce documents on July 18, 2013. Subsequently, plaintiff extended the date for production an additional ten (10) days, through and up to August 2, 2013.

IT IS ORDERED that the defendant produce the requested documents at the United States Attorney's Office, Financial Litigation Unit at 310 New Bern Avenue, Suite 800, Raleigh, North Carolina 27601-1461, within 30 days from service of this Order by the United States Marshal. Failure to comply with this Order could result in defendant being ordered to show cause why defendant should not be held in civil contempt.

IT IS FURTHER ORDERED that the United States Marshal for the Eastern District of North Carolina shall serve or cause to be served a copy of this Order upon the said defendant and report his service thereof to the Court.

SO ORDERED, this 18 day of September, 2013.

                                                                TERRENCE W. BOYLE
                                                                United States District Judge